**Exhibit A to the Complaint**

**Location:** San Antonio, TX  
**Total Works Infringed:** 60  
**IP Address:** 24.243.4.200  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D62E8BCC9D342C4B458664ED2CC066B12833F598 | 01/18/2025 20:06:29 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 2 | 7e5d7e8157a7e68f12128358e84cf946813209b8 | 01/19/2025 03:45:19 | Slayed | 12/21/2021 | 01/07/2022 | PA0002337942 |
| 3 | bf85a8419b20199057bb4bae5c0f209ff194fe6b | 01/18/2025 20:18:19 | Blacked Raw | 08/19/2021 | 09/30/2021 | PA0002319752 |
| 4 | bffa501309a79e516f225f9724ce948cf381c71e | 01/18/2025 20:12:53 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 5 | 52b60989248228d1123889a0bed4c5485deba85c | 01/18/2025 20:00:56 | Blacked Raw | 12/20/2022 | 01/09/2023 | PA0002389608 |
| 6 | 5a8a0095c538a7ddccedb1237fe1ba75c45a11e4 | 01/18/2025 20:00:51 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 7 | a69a403d0fa320af408b33bb61a0fb7f82700285 | 01/18/2025 03:25:32 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 8 | ed45608d4895328760b4fa1746ba3c1248c664e1 | 01/18/2025 03:22:42 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 9 | e62a57e5d7eb9ebc30bc3f00ab989514caf06836 | 01/18/2025 03:22:29 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 10 | 346d371ac88a8e92d5eee3c5e76d70add11fdfc2 | 01/18/2025 03:19:13 | Tushy | 11/24/2024 | 12/13/2024 | PA0002506272 |
| 11 | fbba2c5b60828687b1874eccf427fc1b3720e112 | 01/18/2025 03:18:55 | Blacked Raw | 05/20/2024 | 06/18/2024 | PA0002476880 |
| 12 | 3c139e7fb1606303c87276663568fa7959268324 | 01/18/2025 03:17:37 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 13 | BDFF548F4694A59A4541950DDFD72D344DBA432E | 01/15/2025 02:31:52 | Tushy | 07/17/2022 | 07/22/2022 | PA0002359476 |
| 14 | 8995DF84511B3DCA5F9A125B10488A637DE109A0 | 01/15/2025 00:32:08 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 15 | A17B0FA79E3BF382B50EECA2F4704ED6D2E11DEA | 01/15/2025 00:29:48 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 16 | 4f1b329b7cea60c075e4d23c5c30150671eaa697 | 01/14/2025 01:12:04 | Milfy | 01/24/2024 | 03/15/2024 | PA0002461445 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | A6E1820762BA459956B824E516EF5B4E164F371E | 01/10/2025 01:44:22 | Blacked Raw | 05/17/2021 | 06/03/2021 | PA0002299687 |
| 18 | bc7bf791de35fa9c03c7f3dc30f9c96396f4afb4 | 01/10/2025 01:13:26 | Vixen | 08/17/2019 | 09/10/2019 | PA0002199413 |
| 19 | 346E2D6AB7C51D398A4F2389973BA86F290CBEB4 | 01/09/2025 01:40:56 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 20 | 2E8CFE0F2C55F15877A13A57C89D602862CFF235 | 01/09/2025 00:55:32 | Blacked Raw | 12/25/2022 | 01/09/2023 | PA0002389598 |
| 21 | 48602926BFD95B81D209185755FFB40CA982FCC1 | 01/09/2025 00:33:14 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 22 | 7F187A4FE74F0E612D9964F9F752DDBF11324492 | 01/09/2025 00:27:35 | Vixen | 06/25/2021 | 08/20/2021 | PA0002312014 |
| 23 | 39EA130409B7541841C95EAFB990A077176484A0 | 01/09/2025 00:24:09 | Vixen | 11/25/2022 | 12/11/2022 | PA0002384729 |
| 24 | fb653c1cc2ea9b129a67089f5640d6f995b6e01d | 09/04/2024 19:05:01 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 25 | efeed3dce53366e1845eb4d8e3dd6098ae0471e7 | 09/03/2024 23:46:48 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 26 | eb6cd029368e61fd24e4f469d618aec666a89208 | 09/03/2024 05:37:45 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 27 | 09584b27bc801a84933d6c174a8340c967d5b202 | 08/31/2024 04:31:03 | Slayed | 10/07/2021 | 11/01/2021 | PA0002326408 |
| 28 | 2cd9810a3e3426d2595bd4d10b8f7e1b5e3bd0a1 | 08/30/2024 23:11:10 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 29 | edd1d5c71b0e25b41ac43a33a9c645b1060b2ea9 | 05/05/2024 10:40:05 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 30 | c41e9917df01d65397d42a79e388fa0b4e5ac08a | 05/03/2024 03:15:40 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 31 | 88211fded09ea4e641740b407ff71fd253b32996 | 04/20/2024 13:39:59 | Vixen | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 32 | 97ab7f4c7c9cc2be09e7c4f59acd77cf1b7ea879 | 03/20/2024 17:47:11 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 33 | 00886f4d7b403c619e17a9ea37657c6cad5e7aa2 | 03/20/2024 09:15:45 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 34 | c7dbb7401ab0bbd41ae23ce6443de6a5ad4e47da | 03/19/2024 14:11:00 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 0676745e9ed99fa60845f757fcac3fce39a37d4c | 03/17/2024 20:36:34 | Tushy | 01/10/2021 | 02/09/2021 | PA0002276153 |
| 36 | d3668a99fef32cfd9c545a02dd102515cde95d98 | 03/16/2024 08:09:34 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 37 | f10430d871d4f5f7fd37191d05b947ea5ea09ddc | 03/15/2024 01:42:50 | Tushy | 03/13/2022 | 03/29/2022 | PA0002342866 |
| 38 | 631ebf11ba063bc5fd5ec00d9d28fea0504511a2 | 03/14/2024 22:39:41 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 39 | 847be03e0b3f775b926e1d6df74ff775ab84c3e7 | 03/14/2024 18:34:46 | Blacked Raw | 09/20/2021 | 11/11/2021 | PA0002321298 |
| 40 | 0c0749d455b18f320099e7ece26c2f1cbcbff0ea | 03/13/2024 09:12:28 | Tushy | 11/29/2020 | 01/04/2021 | PA0002277033 |
| 41 | 86dbbd19b68cca8212bbb000a3a724acfd8751d1 | 03/09/2024 18:51:47 | Tushy | 06/05/2022 | 06/27/2022 | PA0002355037 |
| 42 | 630ee80c8aee8c4e47b2767302d24b2eb9f55483 | 03/09/2024 05:59:06 | Vixen | 07/01/2022 | 07/22/2022 | PA0002359463 |
| 43 | f0e6f9b4f59f388fa1b13469986c96fdd80eb501 | 03/06/2024 16:17:39 | Blacked Raw | 06/20/2022 | 08/10/2022 | PA0002370905 |
| 44 | f9d3e648d178964d2852f30e11952530cc87e52d | 03/05/2024 19:17:25 | Milfy | 10/11/2023 | 12/14/2023 | PA0002445916 |
| 45 | 66135e1004ef7468bfcf65b432a705d38b4217bf | 03/05/2024 16:14:02 | Vixen | 01/28/2022 | 03/04/2022 | PA0002345791 |
| 46 | 99aa28d680e46d9312f01c31ce5164fe28aa1d87 | 03/05/2024 01:08:41 | Blacked Raw | 01/24/2022 | 02/14/2022 | PA0002335489 |
| 47 | 0185608d5fc14c71957a6af0a95e6b9a69ed9ba0 | 03/04/2024 21:11:02 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 48 | 80934019beaf9f23ecdf20ded11c1f7b058f89ab | 03/03/2024 16:47:16 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 49 | 0355764512850e11ab31962e2d6d1d0ddcdd9744 | 03/01/2024 22:16:45 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 50 | 8f956f468c97daa77692ed5c69013c520596b3ee | 03/01/2024 20:32:40 | Tushy | 03/14/2021 | 03/22/2021 | PA0002282514 |
| 51 | 339399cceab1e12d9edbd67375b927815033676b | 10/05/2023 17:46:26 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 52 | B0487BB600A7A789F5C4D0AF7A347AD49FB45F4B | 10/05/2023 01:53:21 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | D7E06D9569BF6085B1F475CF67B6A789CA14DC97 | 10/05/2023 00:55:38 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 54 | 7bcaf3207d7aded3194f9ad8ea8ba3a9b147f568 | 09/25/2023 00:26:47 | Blacked Raw | 12/28/2020 | 01/05/2021 | PA0002269956 |
| 55 | 73e2498eba6169f66abb67dd3dfafd0d1e3ef225 | 09/25/2023 00:16:46 | Vixen | 07/16/2021 | 09/21/2021 | PA0002312673 |
| 56 | 3c984f41a858548a0174b65bdd80dccee9960c06 | 09/22/2023 22:39:16 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 57 | 8a6a3c70484877106215a2c13c20c053835866d4 | 09/22/2023 21:45:13 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 58 | 94fbe091ad83512f9cd649a90e6f4f66d56798f0 | 04/15/2023 19:21:51 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 59 | dd403e496e155b4c8369d306e4f8fd5b37bddc93 | 04/13/2023 05:40:09 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 60 | 193867c126000a627ff1bd34f813f3cbf46a3b02 | 11/30/2022 00:58:19 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |